IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YVONNE D. GRANT AND TOMMY JOE, GRANT | § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CIVIL ACTION NO. _____ |
| WILLIAM RAYMOND RATHBUN AND R & E ENTERPRISES OF MANKATO, INC. | § § § | |
| *Defendants* | § § | |

## EXHIBIT A
## INDEX OF ALL DOCUMENTS FILED IN STATE COURT

**DESCRIPTION OF DOCUMENT**                                                       **DATE FILED**

A1. Docket Sheet of Dallas County District Court ........................................................11/4/2015

A2. Plaintiffs' Original Petition ..................................................................................11/4/2015

A3. Enter Demand for Jury ........................................................................................11/4/2015

A4. Citation to R &E Enterprises of Mankato, Inc. ....................................................11/9/2015

A5. Citation to William Rathbun ...............................................................................11/9/2015

A6. Defendants' Original Answer ..............................................................................12/17/2015

A7. Court's Notice of Trial Date ...............................................................................12/19/2015

A8 Defendants' Notice of Removal to State Court ....................................................12/21/2015

Skip to Main Content Logout My Account Search Menu New Civil District Search Refine Search Back          Location : All District Civil Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. DC-15-13502

| | | |
|---|---|---|
| YVONNE GRANT, et al vs. WILLIAM RATHBUN, et al | § § § § § | Case Type: **MOTOR VEHICLE ACCIDENT** Date Filed: **11/04/2015** Location: **298th District Court** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **DEFENDANT** | **R & E ENTERPRISES OF MANKATO INC** | **JEFFREY THOMAS LUCKY** *Retained* 915-533-9313(W) |
| **DEFENDANT** | **RATHBUN, WILLIAM RAY** | **JEFFREY THOMAS LUCKY** *Retained* 915-533-9313(W) |
| **PLAINTIFF** | **GRANT, TOMMY JOE** | **KRISTOFOR HEALD** *Retained* 214-378-6665(W) |
| **PLAINTIFF** | **GRANT, YVONNE D** | **KRISTOFOR HEALD** *Retained* 214-378-6665(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 11/04/2015 | **NEW CASE FILED (OCA) - CIVIL** |
| 11/04/2015 | ORIGINAL PETITION |
| 11/04/2015 | **ISSUE CITATION** |
| 11/04/2015 | **JURY DEMAND** |
| 11/09/2015 | **CITATION** |

| | | |
|---|---|---|
| | RATHBUN, WILLIAM RAY | Unserved |
| | R & E ENTERPRISES OF MANKATO INC | Unserved |

| | |
|---|---|
| 11/09/2015 | CITATION ISSUED |
| 12/17/2015 | ORIGINAL ANSWER - GENERAL DENIAL |
| 11/07/2016 | Jury Trial - Civil  (9:00 AM) (Judicial Officer TOBOLOWSKY, EMILY) |

---

### FINANCIAL INFORMATION

| | |
|---|---|
| **PLAINTIFF** GRANT, YVONNE D | |
| Total Financial Assessment | 333.00 |
| Total Payments and Credits | 333.00 |
| **Balance Due as of 12/21/2015** | **0.00** |

| | | | |
|---|---|---|---|
| 11/05/2015 | Transaction Assessment | | 333.00 |
| 11/05/2015 | CREDIT CARD - TEXFILE (DC) | Receipt # 65886-2015-DCLK          Grant, Yvonne D | (333.00) |

EXHIBIT A1

FILED
DALLAS COUNTY
11/4/2015 3:08:15 PM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita



CAUSE NO. DC-15-13502

| | | |
|---|---|---|
| YVONNE D. GRANT AND TOMMY JOE GRANT | § § § | IN THE DISTRICT COURT OF |
| **Plaintiffs,** | § § | |
| **VS.** | § § | **DALLAS COUNTY, TEXAS** |
| WILLIAM RAYMOND RATHBUN AND R & E ENTERPRISES OF MANKATO, INC. | § § § § | |
| **Defendants.** | § § | M-298TH **JUDICIAL DISTRICT** |

### PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR ADMISSIONS, FIRST REQUEST FOR PRODUCTION AND REQUEST FOR PRIVILEGE LOG <u>TO DEFENDANTS</u>

**TO THE HONORABLE COURT:**

Plaintiffs Yvonne D. Grant and Tommy Joe Grant file Plaintiffs' Original Petition complaining of Defendants William Raymond Rathbun And R & E Enterprises Of Mankato, Inc..

### I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiffs' counsel states that the damages sought are in an amount within the jurisdictional limits of this Court.  As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiffs' counsel states that Plaintiffs seek monetary relief of over

EXHIBIT A2

$1,000,000.  The amount of monetary relief actually awarded, however, will ultimately be determined by a jury.  Plaintiffs also seek pre-judgment and post-judgment interest at the highest legal rate.

### III. PARTIES

Plaintiff Yvonne D. Grant is an individual resident of Dallas, Dallas County, Texas. Her driver's license number is *****739 and her social security number is ***-**-*377.

Plaintiff Tommy Joe Grant an individual resident of Dallas, Dallas County, Texas.

Defendant William R. Rathbun is an individual resident of Madelia, Watonwan County, MN and may be served with process at 500 Eager Ct. SE, #5, Madelia, MN 56062.

Defendant R & E Enterprises of Mankato, Inc. is a corporation doing business in Mankato, Blue Earth County, MN and may be served with process by serving Bruce Goodrich at 55173 State Hwy 68, Mankato, MN 56001.

### IV. JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Dallas County, Texas. Venue therefore is proper in Dallas County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

## V. FACTS

This lawsuit arises out of a motor vehicle collision that occurred on Wednesday, May 14, 2014 on Westmoreland within the city limits of Dallas, Dallas County, Texas.  Plaintiff Yvonne D. Grant was operating her vehicle North in 2800 block of S. Westmoreland.  Defendant William R. Rathbun had parked his 18-wheeler  in a no parking zone when Plaintiff drove up and collided with the back of the 18 wheeler.  As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI. CAUSES OF ACTION

### A.     NEGLIGENCE – DEFENDANT WILLIAM R. RATHBUN

At the time of the motor vehicle collision, Defendant William R. Rathbun was operating  18-wheeler negligently. Specifically, Defendant had a duty to exercise ordinary care and operate  18-wheeler reasonably and prudently. Defendant breached that duty in one or more of the following respects:

1.     Defendant failed to keep such proper lookout and attention to the roadway as a person or ordinary prudence would have kept under the same or similar circumstances;

2.     Defendant failed to put up any warning signs when he was parked in a traffic lane;

3.     Defendant failed to put on his hazard flashers;

4.     Defendant failed to safely operate his tractor-trailer;

5.     Defendant disregarded a "no parking" zone sign.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiffs.

B.   **NEGLIGENT ENTRUSTMENT – DEFENDANT R & E ENTERPRISES OF MANKATO, INC.**

As an additional cause of action, Plaintiffs would show that at the time and on the occasion in question, Defendant R & E Enterprises of Mankato, Inc. was the owner of the vehicle driven by Defendant William R. Rathbun.  Defendant R & E Enterprises of Mankato, Inc. entrusted the vehicle to Defendant William R. Rathbun. Defendant William R. Rathbun was incompetent, and/or reckless and Defendant R & E Enterprises of Mankato, Inc. knew or should have known that Defendant William R. Rathbun was incompetent, and/or reckless.  Defendant William R. Rathbun's negligence on the occasion in question proximately caused the collision.

C.   **RESPONDEAT SUPERIOR – DEFENDANT R & E ENTERPRISES OF MANKATO, INC.**

Additionally, Plaintiffs would show that at the time and on the occasion complained of, Defendant William R. Rathbun was in the course and scope of employment with Defendant R & E Enterprises of Mankato, Inc. thereby making Defendant R & E Enterprises of Mankato, Inc. liable under the doctrine of *Respondeat Superior*.

### D.    NEGLIGENCE – DEFENDANT R & E ENTERPRISES OF MANKATO, INC.

Defendant R & E Enterprises of Mankato, Inc. failed to properly train and/or supervise Defendant William R. Rathbun in order to prevent such accident.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiffs.

### VII.  DAMAGES

As a proximate result of Defendants' negligence, Plaintiffs suffered extensive injuries and damages. As a result of Plaintiffs' injuries, Plaintiffs suffered the following damages:

a.    Medical expenses in the past and future;

b.    Lost wages in the past and loss of earning capacity in the future;

c.    Property damage and loss of use of Plaintiffs' vehicle;

d.    Physical pain and suffering in the past and future;

e.    Mental anguish in the past and future;

f.    Physical impairment in the past and future

g.    Loss of consortium; and

h.    Loss of household services; and

i.    All other relief, in law and in equity, to which Plaintiffs may be entitled

## VIII.  REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the TEXAS RULES OF CIVIL PROCEDURE Defendants are requested to disclose, within fifty (50) days of service of this request, the information or material described in Rule 194.2 (a)-(l).

## IX.  DISCOVERY DOCUMENTS

Contemporaneously with this petition, Plaintiffs serve to Defendants Plaintiffs' First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants.

## X.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiffs hereby give notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## XI.  JURY TRIAL

Plaintiffs demand a trial by jury and include the appropriate jury fees.

## XII.  U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiffs intend to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XIII.  RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiffs recover judgment against Defendants for:

1.  Plaintiffs' past medical expenses, which are reasonable and customary for the medical care received by Plaintiffs;

2.  Plaintiffs' future medical expenses;

3.  Plaintiffs' lost wages in the past and loss of earning capacity in the future;

4.  Plaintiffs' property damage and loss of use of Plaintiffs' vehicle;

5.  Plaintiffs' physical pain and suffering in the past and future in an amount to be determined by the jury;

6.  Plaintiffs' mental anguish in the past and future in an amount to be determined by the jury;

7.  Plaintiffs' physical impairment in the past and future in an amount to be determined by the jury;

8.  Interest on the judgment at the legal rate from the date of judgment;

9.  Pre-judgment interest on Plaintiffs' damages as allowed by law;

10. All costs of court;

11. Judgment against Defendants for Plaintiff Tommy Joe Grant's loss of consortium in the past and future in an amount to be determined by the jury;

12. Judgment against Defendants for Plaintiff Tommy Joe Grant's loss of household services in the past and future in an amount to be determined by the jury; and

13. Such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

**EBERSTEIN & WITHERITE, LLP**

BY: *Is/ Kristofor Heald*
    **KRISTOFOR HEALD**
    State Bar No. 24058770
    kheald@ewlawyers.com
    **AMY K. WITHERITE**
    State Bar No. 00788698
    awitherite@ewlawyers.com
    500 E 4th Street, Suite 200
    Fort Worth, TX  76102
    817/263-4466
    817/263-4477 (fax)

    **ATTORNEYS FOR PLAINTIFFS**



FILED
DALLAS COUNTY
11/4/2015 3:08:15 PM
FELICIA PITRE
DISTRICT CLERK

FELICIA PITRE

DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-15-13502

YVONNE GRANT, et al

vs.

WILLIAM RATHBUN, et al

298th District Court

## ENTER DEMAND FOR JURY

JURY FEE PAID BY: YVONNE GRANT

FEE PAID: $30.00

600 COMMERCE STREET DALLAS, TEXAS 75202 (214) 653-7261
FAX (214)653-7781 E-mail: Felicia.Pitre@dallascounty.org
Web site: http://www.dallascounty.org/distclerk/index.html

EXHIBIT A3

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To:     R & E ENTEREPRISES OF MANKATO INC
         BY SERVING BRUCE GOODRICH
         55173 STATE HWY 68
         MANKATO MN  56001

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **298th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **YVONNE D GRANT AND TOMMY JOE GRANT**

Filed in said Court  **4th day of November, 2015** against

**WILLIAM RAYMOND RATHBUN AND R & E  ENTERPRISES OF MANKATO INC**

For Suit, said suit being numbered **DC-15-13502,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR
DISCLOSURE, INTERROGATORIES, REQUEST FOR ADMISSIONS AND REQUEST FOR
PRODUCTION**, a copy of which accompanies this citation.  If this citation is not served, it shall be
returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 9th day of November, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By /s/ Gay Lane
_____, Deputy
GAY LANE

**ESERVE**

# CITATION

## DC-15-13502

**YVONNE D GRANT, et al**
**vs.**
**WILLIAM  RAYMOND RATHBUN, et
al**

ISSUED THIS
**9th day of November, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy
_____
**Attorney for Plaintiff**
KRISTOFOR HEALD
EBERSTEIN & WITHERITE LLP
3100 MONTICELLO AVE
SUITE 500
DALLAS TX  75205
214-378-6665

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

EXHIBIT A4



# OFFICER'S RETURN

Case No. :  DC-15-13502

Court No.298th District Court

Style: YVONNE D GRANT, et al

 vs.

WILLIAM  RAYMOND RATHBUN, et al


Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.


|  | For serving Citation | $_____ | _____ |
|---|---|---|---|
|  | For mileage | $_____ | of_____County, _____ |
|  | For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.


_____

Notary Public_____County_____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:    **WILLIAM RAY RATHBUN**
         **500 EAGER CT SE #5**
         **MADELIA MN  56062**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **YVONNE D GRANT AND TOMMY JOE GRANT**

Filed in said Court  **4th day of November, 2015** against

**WILLIAM RAYMOND RATHBUN AND R & E  ENTERPRISES OF MANKATO INC**

For Suit, said suit being numbered **DC-15-13502,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE, INTERROGATORIES, REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION**, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 9th day of November, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

/s/ Gay Lane
By_____, Deputy
         GAY LANE



---

**ESERVE**

# CITATION

## DC-15-13502

**YVONNE D GRANT, et al**
**vs.**
**WILLIAM  RAYMOND RATHBUN, et al**

ISSUED THIS
**9th day of November, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

---
**Attorney for Plaintiff**
KRISTOFOR HEALD
EBERSTEIN & WITHERITE LLP
3100 MONTICELLO AVE
SUITE 500
DALLAS TX  75205
214-378-6665

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

EXHIBIT A5

# OFFICER'S RETURN

Case No. :  DC-15-13502

Court No.298th District Court

Style: YVONNE D GRANT, et al

 vs.

WILLIAM  RAYMOND RATHBUN, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FILED
DALLAS COUNTY
12/17/2015 12:40:01 PM
FELICIA PITRE
DISTRICT CLERK

Case 3:15-cv-04025-D   Document 1-1   Filed 12/21/15   Page 16 of 22   PageID 22

CAUSE NO. DC-15-13502

| | | |
|---|---|---|
| YVONNE D. GRANT AND TOMMY JOE, GRANT | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| vs. | § § | DALLAS COUNTY, TEXAS |
| WILLIAM RAYMOND RATHBUN AND R & E ENTERPRISES OF MANKATO, INC. | § § § | |
| *Defendants* | § | 298TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, William Raymond Rathbun, and R & E Enterprises of Mankato, Inc. ("R&E Enterprises"), Defendants in the above-entitled and numbered action, and file their Original Answer to Plaintiffs' Original Petition and would respectfully show the Court as follows:

### I. GENERAL DENIAL

A.      As provided by Rule 92, Texas Rules of Civil Procedure, Defendants deny all material allegations contained in Plaintiffs' Original Petition, and demand strict proof thereof as required by law.

Defendants further say that:

B.      Plaintiffs' injuries and damages were proximately caused by incidents and/or conditions prior to the incident made the subject of this suit and therefore were not caused by Defendants.

EXHIBIT A6

C.      Plaintiffs' injuries and damages were proximately caused by incidents and/or conditions subsequent to the incident made the subject of this suit and therefore were not caused by Defendants.

D.      To the extent Plaintiffs' alleged injuries and damages, if any, were solely or proximately caused by the acts and/or omissions of a(an) individual(s) and/or entity(ies) that are not parties to the suit, these Defendants are not liable.

E.      Defendants affirmatively maintain the acts and omissions of certain responsible third parties and/or persons who are not parties to this lawsuit, and over whom Defendants had no control and for whom they have no liability, were the sole, proximate, or producing cause of any alleged injuries or damages claimed by Plaintiffs.

F.      Defendants deny that this incident caused the full extent of Plaintiff's claimed injuries and deny that alleged medical expenses sought by Plaintiff are reasonable or necessary or based on unusual and customary fees.

## II. AFFIRMATIVE DEFENSES

**In the alternative and without waiving the foregoing denials:**

A.      Defendants affirmatively maintain that Plaintiff driver involved in the alleged accident committed various acts and omissions that were negligent, which negligent conduct proximately caused the Plaintiff driver's alleged injuries/damages. Thus Plaintiff driver's own negligence bars her recovery entirely or, in the alternative, proportionally reduces such recovery, according the Texas law governing the doctrine of comparative fault . Furthermore, to the extent any claims raised by the non-driver Plaintiff are only derivative of the alleged claims or injuries of the driver Plaintiff, such claims by the non-driver Plaintiff are barred entirely by the driver Plaintiff's comparative fault or, in the alternative, proportionally reduced. To the extent the non-

driver Plaintiff suffered any injury or damages other than those derived from claims of the driver Plaintiff, Defendants assert their right to have the comparative fault of the driver Plaintiff to the finder of fact for determination, as required by Texas law, including Chapter 33 of the Civil Practice and Remedies Code.

B.      Defendants affirmatively plead the provisions of each and every limitation available under Texas law which limits the recoverability of pre-judgment and post-judgment interest.

C.      Defendants affirmatively plead the statutory defense set forth in § 41.0105 of the Texas Civil Practice & Remedies Code Annotated. In that regard, Defendants maintain that any recovery of medical and/or healthcare expenses by the Plaintiffs is limited to the amount actually paid or incurred by the Plaintiffs or on the Plaintiff's behalf.

D.      Defendants further say that Plaintiffs have failed to act reasonably to mitigate their alleged damages or injuries.

E.      While denying liability, Defendants affirmatively plead Plaintiffs are limited in any recovery of lost earnings, loss of earning capacity, or loss of contributions of a pecuniary value to a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal tax law. *See* TEX. CIV. PRAC. REM. CODE ANN. §18.091(a).

### III. JURY DEMAND

Defendants request a trial by jury.

### IV. RIGHT TO AMEND OR SUPPLEMENT

Defendants reserve the right to amend or supplement this Answer at a later time**.**

**WHEREFORE, PREMISES CONSIDERED**, Defendants William Raymond Rathbun and R & E Enterprises of Mankato, Inc. respectfully request the Court order that Plaintiffs take

nothing by virtue of this lawsuit; that Defendants recover their costs and attorney's fees; and for

such other and further relief to which Defendants may show themselves justly entitled.

Respectfully submitted,

DATED:  December 17, 2015          By:          /s/ *Jeffrey T. Lucky*
                                               **JEFFREY T. LUCKY**
                                               State Bar No. 12667350
                                               **RAY McCHRISTIAN & JEANS, P.C.**
                                               5822 Cromo Drive, Suite 300
                                               El Paso, Texas  79912
                                               915-832-7200
                                               915-832-7333 – FAX

                                               **JEFFREY D. PARKS**
                                               State Bar No. 24076607
                                               **RAY McCHRISTIAN & JEANS, P.C.**
                                               Mallick Tower
                                               101 Summit Ave, Suite 705
                                               Fort Worth, Texas  76102

                                               *Attorneys for Defendants William Raymond*
                                               *Rathbun and R & E Enterprises of Mankato, Inc.*

### CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, certify that on December 17, 2015, a true and correct copy of the foregoing document filed electronically with the clerk of the Court in accordance with Texas Rule of Civil Procedure 21 (f)(1), was served on the party or attorney pursuant to Texas Rule of Civil Procedure 21a (a)(1), or (a)(2).

The following parties or attorney(s) are served with the foregoing document:

Kristofor S. Heald
Amy K. Witherite
**Eberstein & Witherite, LLP**
500 E. 4th Street, Suite 200
Fort Worth, Texas 76102
817-263-4466
817-263-4477 facsimile
*Attorneys for Plaintiffs*

                                               /s/ *Jeffrey T. Lucky*
                                               **JEFFREY T. LUCKY**

298TH DISTRICT COURT
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS  75202-4604

December 19, 2015

JEFFREY THOMAS LUCKY
801 N EL PASO STREET
EL PASO          TX  79902

DC-15-13502
YVONNE GRANT, et al  vs.  WILLIAM RATHBUN, et al

ALL COUNSEL OF RECORD/PRO SE LITIGANTS:

PLEASE TAKE NOTE OF THE FOLLOWING SETTINGS:

JURY TRIAL:    11/07/2016 @ 9:00 AM

TRIAL ANNOUNCEMENTS MUST BE MADE IN ACCORDANCE WITH RULE 3.02, LOCAL RULES OF
THE CIVIL COURT OF DALLAS COUNTY, TEXAS.

WHEN NO ANNOUNCEMENT IS MADE FOR DEFENDANT, DEFENDANT WILL BE PRESUMED READY.
IF NO PLAINTIFF FAILS TO ANNOUNCE OR TO APPEAR AT TRIAL, THE CASE WILL BE DISMISSED
FOR WANT OF PROSECUTION IN ACCORDANCE WITH RULE 165a, TEXAS RULES OF CIVIL
PROCEDURE.

COMPLETION OF DISCOVERY, PRESENTATION OF PRETRIAL MOTIONS AND OTHER MATTERS
RELATING TO PREPARATION FOR TRIAL ARE GOVERNED BY THE TEXAS RULES OF CIVIL
PROCEDURE.

PLEASE FORWARD A COPY OF THIS NOTICE TO COUNSEL OF RECORD FOR EACH PARTY AND ALL
PRO SE PARTIES BY A METHOD APPROVED IN TEXAS RULES OF CIVIL PROCEDURE 21a.

SINCERELY,

EMILY TOBOLOWSKY
JUDGE, 298TH DISTRICT COURT
DALLAS COUNTY, TEXAS

Cc:
JEFFREY THOMAS LUCKY; KRISTOFOR HEALD

EXHIBIT A7

CAUSE NO. DC-15-13502

| | | |
|---|---|---|
| YVONNE D. GRANT AND TOMMY JOE, GRANT | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| vs. | § § | DALLAS COUNTY, TEXAS |
| WILLIAM RAYMOND RATHBUN AND R & E ENTERPRISES OF MANKATO, INC. | § § § | |
| *Defendants* | § | 298TH JUDICIAL DISTRICT |

## <u>NOTICE OF REMOVAL TO THE STATE COURT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that William Raymond Rathbun and R & E Enterprises of Mankato, Inc., Defendants in the above-entitled and numbered action, has on this date filed a Notice of Removal, a copy of which is attached hereto as Exhibit 1, in the office of the Clerk of the United States District Court for the Northern District of Texas, Dallas, Division. Defendants, upon filing the Notice of Removal in Federal Court, file a copy of the same with the clerk of the 298th Judicial District of Dallas County, Texas in accordance with § 1446(d) of Title 28, United States Code. Defendants respectfully request this Court proceed no further in this matter unless and until such time as the matter may be remanded by order of the United States District Court.

EXHIBIT A8

Respectfully submitted,

DATED:  December 21, 2015        By:     /s/ Jeff Lucky_____
                                        **JEFFREY T. LUCKY**
                                        State Bar No. 12667350
                                        **RAY McCHRISTIAN & JEANS, P.C.**
                                        5822 Cromo Drive, Suite 300
                                        El Paso, Texas  79912
                                        915-832-7200
                                        915-832-7333 – FAX

                                        **JEFFREY D. PARKS**
                                        State Bar No. 24076607
                                        **RAY McCHRISTIAN & JEANS, P.C.**
                                        Mallick Tower
                                        101 Summit Ave, Suite 705
                                        Fort Worth, Texas  76102

                                        *Attorneys for Defendants William Raymond*
                                        *Rathbun and R & E Enterprises of Mankato, Inc.*


## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, certify that on December 21, 2015, a true and correct copy of the foregoing document filed electronically with the clerk of the Court in accordance with Texas Rule of Civil Procedure 21 (f)(1), is served on the party or attorney electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a (a)(2).

The following parties or attorney(s) are served with the foregoing document:

Kristofor S. Heald
Amy K. Witherite
**Eberstein & Witherite, LLP**
500 E. 4th Street, Suite 200
Fort Worth, Texas 76102
817-263-4466
817-263-4477 facsimile

*Attorneys for Plaintiffs*

                                        /s/ Jeff Lucky_____
                                        **JEFFREY T. LUCKY**